# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310 PATENT LITIGATION) | : : : : | MDL No. 1:21-md-03017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., *Plaintiffs*, v. AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., *Defendants*. | : : : : : : : : : : : : | C.A. No. 1:25-cv-00631-RGA |

### STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS, AUROBINDO PHARMA LIMITED AND AUROBINDO PHARMA USA, INC.'S ANSWER TO COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the deadline for Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") to answer, move, or otherwise respond to the Plaintiffs' Complaint shall be extended to and including December 8, 2025.

Dated: November 24, 2025

<table>
<tr><td>

**MORRIS, NICHOLS,
ARSHT & TUNNELL LLP**

*/s/ Derek J. Fahnestock*
Rodger D. Smith II (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19889
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Of Counsel:*

Bruce R. Genderson
Dov P. Grossman
Alexander S. Zolan
Ben Picozzi
Dana B. Kinel
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, D.C. 20024
(202) 434-5000
bgenderson@wc.com
dgrossman@wc.com
azolan@wc.com
bpicozzi@wc.com
dkinel@wc.com

Stephanie P. Koh
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
(312) 853-7000
gstewart@sidley.com

*Attorneys for Plaintiffs,
Bayer Pharma AG, Bayer AG, and
Janssen Pharmaceuticals, Inc.*

</td><td>

**KRATZ & BARRY LLP**

*/s/ R Touhey Myer*
R Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-9378
tmyer@kratzandbarry.com

*Of Counsel:*

Timothy H. Kratz*
George J. Barry III*
John Thallemer*
KRATZ & BARRY, LLP
1050 Crown Pointe Parkway, Suite 500
Atlanta, GA 30338
(404) 431-6600
tkratz@kratzandbarry.com
gbarry@kratzandbarry.com
jthallemer@kratzandbarry.com

Michael P. Hogan*
KRATZ & BARRY LLP
P.O. Box 63765
622 S. 4th Street
Philadelphia, PA 19147
(917) 216-8585
mhogan@kratzandbarry.com

*Attorneys for Defendants,
Aurobindo Pharma Limited
and Aurobindo Pharma USA, Inc.*

* *Pro Hac Vice Anticipated*

</td></tr>
</table>

SO ORDERED this _____ day of _____, 2025.

                                                    _____
                                                    HON. RICHARD G. ANDREWS
                                                    United States District Judge