IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310) PATENT LITIGATION | ) ) ) ) | MDL NO. 21-MD-3017 (RGA) |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-314 (RGA) (JLH) (Consolidated) |
| LUPIN LIMITED, et al. | ) ) | |
| Defendants. | ) ) | |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1742 (RGA) |
| MYLAN PHARMACEUTICALS INC. and MYLAN INC. | ) ) ) | |
| Defendants. | ) ) | |
| BAYER PHARMA AG, BAYER AG and JANSSEN PHARMACEUTICALS, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 23-410 (RGA) |
| DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD., | ) ) ) ) | |
| Defendants. | ) ) | |

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH,<br>BAYER PHARMA AG, BAYER AG, and<br>JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PRINSTON PHARMACEUTICAL, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 24-336 (RGA) |
| BAYER PHARMA AG, BAYER AG, and<br>JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LUPIN LIMITED and LUPIN<br>PHARMACEUTICALS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 25-349 (RGA) |
| BAYER PHARMA AG, BAYER AG, and<br>JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED and<br>AUROBINDO PHARMA USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 25-631 (RGA) |
| BAYER PHARMA AG, BAYER AG, and<br>JANSSEN PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v. | )<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 25-694 (RGA) |

APOTEX INC. and APOTEX CORP.,                    )
                                                 )
            Defendants.                          )
                                                 )
_____             )
                                                 )
BAYER PHARMA AG, BAYER AG, and                   )
JANSSEN PHARMACEUTICALS, INC.,                   )
                                                 )
            Plaintiffs,                          )
                                                 )   C.A. No. 25-719 (RGA)
      v.                                         )
                                                 )
MACLEODS PHARMACEUTICALS LTD. and                )
MACLEODS PHARMA USA, INC.,                       )
                                                 )
            Defendants.                          )
                                                 )
_____             )
                                                 )
BAYER PHARMA AG, BAYER AG, and                   )
JANSSEN PHARMACEUTICALS, INC.,                   )
                                                 )
            Plaintiffs,                          )
                                                 )
      v.                                         )
                                                 )   C.A. No. 25-753 (RGA)
ALEMBIC PHARMACEUTICALS LIMITED,                 )
ALEMBIC GLOBAL HOLDING SA, and                   )
ALEMBIC PHARMACEUTICALS, INC.,                   )
                                                 )
            Defendants.                          )
                                                 )
_____             )
                                                 )
BAYER PHARMA AG, BAYER AG, and                   )
JANSSEN PHARMACEUTICALS, INC.,                   )
                                                 )
            Plaintiffs,                          )
                                                 )
      v.                                         )   C.A. No. 25-754 (RGA)
                                                 )
HETERO LABS LIMITED, ASCENT                      )
PHARMACEUTICALS INC., and CAMBER                 )
PHARMACEUTICALS, INC.,                           )
                                                 )
            Defendants.                          )
                                                 )
_____             )

3

|  | ) |  |
| --- | --- | --- |
| BAYER PHARMA AG, BAYER AG and | ) | |
| JANSSEN PHARMACEUTICALS, INC., | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | C.A. No. 25-1043 (RGA) |
| v. | ) | |
|  | ) | |
| DR. REDDY'S LABORATORIES, INC. and DR. | ) | |
| REDDY'S LABORATORIES, LTD., | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

## JOINT STIPULATION TO EXTEND TIME TO PROVIDE STATUS REPORT

WHEREAS, this case had been stayed pending a decision by the United States Court of Appeals for the Federal Circuit in *Bayer Pharma Aktiengesellschaft v. Mylan Pharmaceuticals Inc.*, No. 23-2434 (Fed. Cir.), on appeal from *Mylan Pharmaceuticals Inc. et al. v. Bayer Pharma AG*, IPR2022-00517 (PTAB),[1] which decision was entered on September 23, 2025;

WHEREAS, by Joint Status Report of September 30, 2025, the Parties agreed the cases in this MDL should continue to be stayed until the Federal Circuit issued its mandate, and to provide a further Joint Status Report seven days after the issuance of the mandate;

WHEREAS, the mandate issued December 1, 2025; and

WHEREAS the parties agree to request an additional two weeks to arrive at a Joint Status Report to present the parties' views as to how the case should proceed;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the time for the parties to provide a joint status report is extended two weeks, to December 22, 2025.

---

[1] IPR2022-00517 includes IPR2022-01513 and IPR2022-01515, which were joined with that proceeding.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Derek J. Fahnestock*

Rodger D. Smith (#3778)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
dfahnestock@morrisnichols.com

*Attorneys for Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc.*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

Neal C. Belgam (#2721)
Daniel A. Taylor (#6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*

John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Lupin Limited and Lupin Pharmaceuticals, Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

*Attorneys for Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc.*

5

SHAW KELLER LLP

*/s/ Karen E. Keller*

John W. Shaw (#3362)
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

POTTER ANDERSON & CORROON LLP

*/s/ Bindu A. Palapura*

David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19899
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.*

ABRAMS & BAYLISS LLP

*/s/ April M. Ferraro*

John M. Seaman (#3868)
April M. Ferraro (#6152)
20 Montchanin Road, Suite 200
Wilmington, DE 19807
(302) 778-1000
seaman@abramsbayliss.com
ferraro@abramsbayliss.com

*Attorneys for Defendants Cipla Ltd., Cipla USA Inc., and Invagen Pharmaceuticals, Inc.*

6

HEYMAN ENERIO GATTUSO & HIRZEL, LLP

/s/ Dominick T. Gattuso

Dominick T. Gattuso (#3630)
222 Delaware Ave., Suite 900
Wilmington, DE 19801
Phone: (302) 472-7300
dgattuso@hegh.law

Attorney for Defendant Prinston
Pharmaceutical, Inc.


YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Anne Shea Gaza

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

Attorney for Defendants Alembic
Pharmaceuticals Limited, Alembic Global
Holding SA, and Alembic Pharmaceuticals,
Inc.


KRATZ & BARRY LLP

/s/ R. Touhey Myer

R. Touhey Myer (#5939)
800 N. West Street
Wilmington, DE 19801
(302) 527-8378
tmyer@kratzandbarry.com

Attorney for Defendants Aurobindo Pharma
Limited and Aurobindo Pharma USA, Inc.


STAMATIOS & WEINBLATT LLC

/s/ Stamatios Stamoulis

Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Attorneys for Defendants Macleods
Pharmaceuticals Ltd. and Macleods Pharma
USA, Inc.

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

_____

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants Hetero Labs Limited,*
*Ascent Pharmaceuticals Inc., and Camber*
*Pharmaceuticals, Inc.*

December 8, 2025

SO ORDERED this _____ day of _____, 2025.


_____
United States District Court Judge