# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ('310 PATENT LITIGATION) | MDL No. 1:21-md-03017-RGA |
| BAYER PHARMA AG, BAYER AG, and JANSSEN PHARMACEUTICALS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> AUROBINDO PHARMA LIMITED and AUROBINDO PHARMA USA, INC., <br><br> *Defendants*. | C.A. No. 1:25-cv-00631-RGA |

## STIPULATION AND ORDER REGARDING DEFENDANTS, AUROBINDO PHARMA LIMITED AND AUROBINDO PHARMA USA, INC.'S ANSWER TO COMPLAINT

WHEREAS, Plaintiffs Bayer Pharma AG, Bayer AG and Janssen Pharmaceuticals, Inc. (collectively, Plaintiffs") filed C.A. No. 25-631-RGA against Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc. (collectively "Aurobindo") asserting U.S. Patent No. 10, 828,310 (the '310 Patent"); and

WHEREAS, Plaintiffs are engaged in related litigation against a number of defendants in connection with the '310 Patent, which are coordinated and consolidated under MDL No. 21-3017-RGA and C.A. No. 21-314-RGA-LDH (consolidated), which is currently stayed pending the conclusion of proceedings in *Bayer Pharma Aktiengesellschaft v. Mylan Pharms. Inc.*, No. 2023-2434 (Fed. Cir.);

NOW, THEREFORE, Plaintiffs and Aurobindo hereby STIPULATE AND AGREE, subject to the approval and Order of the Court, as follows:

1. The Court's Orders staying the case in MDL No. 21-3107 ("Stay Orders", D.I. 186, 187) and C.A. No. 21-314-RGA (D.I. 152, 153) shall apply to C.A. No. 25-631-RGA, such that Aurobindo's answer, motion, or other response to the Complaint shall not be due until 14 days after the stay is lifted;

2. The Stipulated Protective Order in C.A. No. 21-314-RGA-LDH (consolidated) (D.I 36, 37) shall apply to 25-631- RGA.

SO ORDERED this __9th__ day of __December__, 2025.

/s/ Richard G. Andrews
HON. RICHARD G. ANDREWS
United States District Judge

Dated: December 8, 2025

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **KRATZ & BARRY LLP** |
| */s/ Derek J. Fahnestock* | */s/ R Touhey Myer* |
| Rodger D. Smith II (#3778) | R Touhey Myer (#5939) |
| Derek J. Fahnestock (#4705) | 800 N. West Street |
| 1201 North Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 527-9378 |
| Wilmington, DE 19889 | tmyer@kratzandbarry.com |
| (302) 658-9200 | |
| rsmith@morrisnichols.com | *Of Counsel:* |
| dfahnestock@morrisnichols.com | |
| | Timothy H. Kratz* |
| *Of Counsel:* | George J. Barry III* |
| | John Thallemer* |
| Bruce R. Genderson | KRATZ & BARRY, LLP |
| Dov P. Grossman | 1050 Crown Pointe Parkway, Suite 500 |
| Alexander S. Zolan | Atlanta, GA 30338 |
| Ben Picozzi | (404) 431-6600 |
| Dana B. Kinel | tkratz@kratzandbarry.com |
| WILLIAMS & CONNOLLY LLP | gbarry@kratzandbarry.com |
| 680 Maine Avenue SW | jthallemer@kratzandbarry.com |
| Washington, D.C. 20024 | |
| (202) 434-5000 | Michael P. Hogan* |
| bgenderson@wc.com | KRATZ & BARRY LLP |
| dgrossman@wc.com | P.O. Box 63765 |
| azolan@wc.com | 622 S. 4th Street |
| bpicozzi@wc.com | Philadelphia, PA 19147 |
| dkinel@wc.com | (917) 216-8585 |
| | mhogan@kratzandbarry.com |
| Stephanie P. Koh | *Attorneys for Defendants,* |
| SIDLEY AUSTIN LLP | *Aurobindo Pharma Limited* |
| One South Dearborn | *and Aurobindo Pharma USA, Inc.* |
| Chicago, IL 60603 | |
| (312) 853-7000 | *\* Pro Hac Vice Anticipated* |
| skoh@sidley.com | |
| *Attorneys for Plaintiffs,* | |
| *Bayer Pharma AG, Bayer AG, and* | |
| *Janssen Pharmaceuticals, Inc.* | |

3